Carol A. FULBRIGHT; Luther Fulbright, Appellants,

v.

DES MOINES CITY HOUSING AUTHORITY; Bill Wilkens, Director; Marty Good, Housing Coordinator; Tangela Weiss, Housing Supervisor; Rita Townsend, Housing Coordinator, Appellees.

No. 01–1196.

United States Court of Appeals, Eighth Circuit.

Submitted Oct. 3, 2001.

Decided Oct. 9, 2001.

---

1. The Honorable Carol E. Jackson, United States District Judge for the Eastern District of Missouri.

Before HANSEN, FAGG, and BEAM, Circuit Judges.

PER CURIAM.

Luther and Carol Fulbright appeal the district court's order dismissing their housing-discrimination action against the Des Moines City Housing Authority and four of its employees. The Fulbrights failed to fulfill multiple discovery requests, despite a court order to do so. Having carefully reviewed the record, we conclude the district court did not abuse its discretion in dismissing the action, with prejudice, under Federal Rule of Civil Procedure 37(b)(2)(C).

Accordingly, we affirm. *See* 8th Cir. R. 47B.